

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2018

No. 04-18-00344-CV

John B. **URBAHNS**,
Appellant

v.

**LSREF2 COBALT (TX), LLC,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI22479
Honorable Richard Price, Judge Presiding

# O R D E R

After we granted Appellee's first motion for an extension of time to file the brief, Appellee's brief was due on October 31, 2018. *See* TEX. R. APP. P. 38.6(b), (d). On the extended due date, Appellee filed a second motion for an extension of time to file the brief until November 16, 2018, for a total extension of twenty-three days. *See id.* R. 10.5(b).

Appellee's motion is GRANTED. Appellee's brief is due on November 16, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court